| PROB 22 | DOCKET NUMBER(Tran.Ct) |
|---|---|
| Rev.2/88 | 05-20021-CR-KING |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Rec.Ct) |
| | 05-CR-10243 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| GENTIAN HAJDARI | SD/FL | MIAMI, FL |
| DISTRICT OF MASSACHUSETTS | NAME OF SENTENCING JUDGE | |
| | JAMES LAWRENCE KING | |

| SD/FL PACTS No. 83482 | DATES OF PROBATION SUPERVISED RELEASE | FROM 2/23/05 | TO 2/22/07 |
|---|---|---|---|

OFFENSE  FORGERY OR FALSE USE OF PASSPORT, 18 USC §1543

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Massachusetts  upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8-18-05
Date                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  MASSACHUSETTS

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 5, 2005
Effective Date                                  United States District Judge